UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stichting Pensienfonds ABP

    Plaintiff,

vs                                         **ORDER OF DISQUALIFICATION**
                                              CV 12-1381 RHK/TNL

Ally Financial Inc.,
et al

    Defendants.

-----------------------------------------------------

    The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

    IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

    IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

    Dated:  June 11, 2012

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE,
                                                    UNITED STATES DISTRICT JUDGE