UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>　　　　　　Defendants. | Case No. 12-cv-1381 ADM/TNL<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT BARCLAYS CAPITAL INC.** |

**PLEASE TAKE NOTICE** that the undersigned attorneys will appear in the above-entitled action for Defendant Barclays Capital Inc.  The undersigned request that copies of all papers subsequent to the receipt of this notice be served upon us at the address listed below.

DATED:  June 11, 2012

/s/ Joseph J. Cassioppi
David R. Marshall (#184457)
Leah C. Janus  (#337365)
Joseph Cassioppi (#388238)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402-1425
Phone:  612-492-7154
Fax:  612-492-7077
Email:  dmarshall@fredlaw.com
            ljanus@fredlaw.com
            jcassioppi@fredlaw.com

**ATTORNEYS FOR DEFENDANT BARCLAYS CAPITAL INC.**

5162673_1.DOC