UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>Defendants. | Case No. 12-cv-1381 ADM/TNL<br><br><br><br><br><br>**DEFENDANT BARCLAYS CAPITAL INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

I Pursuant to Federal Rule of Civil Procedure 7.1, Barclays Capital Inc., by and through its undersigned counsel, discloses that it is an indirect wholly-owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10 percent or more of Barclays Capital Inc.'s stock.

DATED:  June 11, 2012

/s/ Joseph J. Cassioppi
David R. Marshall (#184457)
Leah C. Janus  (#337365)
Joseph Cassioppi (#388238)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis MN 55402-1425
Phone:  612-492-7154
Fax:  612-492-7077
Email:  dmarshall@fredlaw.com
　　　　ljanus@fredlaw.com
　　　　jcassioppi@fredlaw.com

**ATTORNEYS FOR DEFENDANT BARCLAYS CAPITAL INC.**

5162648_1.DOC