UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>            Plaintiff,<br><br>   v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>            Defendants. | Case No. 12-cv-1381 ADM/TNL<br><br><br><br>**CERTIFICATE OF SERVICE<br>FOR SERVICE BY MAIL** |

I hereby certify that on June 11, 2012, I caused the following documents:

1. Notice of Appearance on Behalf of Defendant Barclays Capital, Inc.;

2. Defendant Barclays Capital, Inc.'s Rule 7.1 Disclosure Statement;

to be mailed by first class mail, postage paid, to the following:

| | |
|---|---|
| Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>Deborah A. Elman<br>Robert D. Gerson<br>GRANT & EISENHOFER, P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, New York  10017 | *Attorneys for Stichting Pensioenfounds ABP* |
| Robert J. Kopecky<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654 | *Attorneys for Ally Financial, Inc. and Ally Securities, LLC* |

| | |
|---|---|
| DATED:  June 11, 2012 | /s/ Joseph J. Cassioppi<br>David R. Marshall (#184457)<br>Leah C. Janus  (#337365)<br>Joseph Cassioppi (#388238)<br>FREDRIKSON & BYRON, P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis MN 55402-1425<br>Phone:  612-492-7154<br>Fax:  612-492-7077<br>Email:  dmarshall@fredlaw.com<br>         ljanus@fredlaw.com<br>         jcassioppi@fredlaw.com<br><br>**ATTORNEYS FOR DEFENDANT BARCLAYS CAPITAL INC.** |

5162703_1.DOC