UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STICHTING PENSIOENFONDS ABP,

Plaintiff,

v.

ALLY FINANCIAL INC. f/k/a GMAC, LLC;
GMAC MORTGAGE CORPORATION a/k/a
GMAC MORTGAGE LLC;
HOMECOMINGS FINANCIAL, LLC F/K/A
HOMECOMINGS FINANCIAL
NETWORK, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
CAPITAL LLC f/k/a RESIDENTIAL
CAPITAL CORPORATION; GMAC-RFC
HOLDING COMPANY, LLC d/b/a GMAC
RESIDENTIAL FUNDING
CORPORATION, RESIDENTIAL
FUNDING COMPANY, LLC f/k/a
RESIDENTIAL FUNDING
CORPORATION; ALLY SECURITIES, LLC
d/b/a GMAC RFC SECURITIES and f/k/a
RESIDENTIAL FUNDING SECURITIES
CORPORATION, RESIDENTIAL ASSET
MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; DEUTSCHE BANK
SECURITIES, INC.; J.P. MORGAN
SECURITIES LLC f/k/a/ J.P. MORGAN
SECURITIES, INC.; BANC OF AMERICA
SECURITIES LLC; BARCLAYS CAPITAL
INC.; MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.; BRUCE J.
PARADIS; KENNETH M. DUNCAN;
DAVEE L. OLSON; RALPH T. FLEES;
LISA R. LUNDSTEN; DAVID C. WALKER;
JAMES G. JONES; DAVID M. BRICKER;
JAMES N. YOUNG, and DIANE WOLD,

Defendants.

Case No. 12-cv-1381 ADM/TNL

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS ALLY FINANCIAL, INC. AND ALLY SECURITIES LLC**

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in this action for Defendants Ally Financial, Inc. and Ally Securities LLC.

Dated:  June 12, 2012                          **KELLY AND HANNAH, P.A.**

                                               By:  s/Sarah E. Bushnell
Timothy D. Kelly (#54926)
Sarah E. Bushnell (#326859)
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171
tkelly@kellyhannahlaw.com
sbushnell@kellyhannahlaw.com

OF COUNSEL:

**KIRKLAND & ELLIS LLP**
Jeffrey S. Powell
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Tel: (202) 879-5000
Fax: (202) 879-5200
jeff.powell@kirkland.com

**KIRKLAND & ELLIS LLP**
Robert J. Kopecky
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
robert.kopecky@kirkland.com

*Attorneys for Defendants*
*Ally Financial, Inc. and Ally Securities, LLC*