UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STICHTING PENSIOENFONDS ABP,

Plaintiff,

v.

ALLY FINANCIAL INC. f/k/a GMAC, LLC;
GMAC MORTGAGE CORPORATION a/k/a
GMAC MORTGAGE LLC;
HOMECOMINGS FINANCIAL, LLC F/K/A
HOMECOMINGS FINANCIAL NETWORK,
INC.; RESIDENTIAL ACCREDIT LOANS,
INC.; RESIDENTIAL CAPITAL LLC f/k/a
RESIDENTIAL CAPITAL CORPORATION;
GMAC-RFC HOLDING COMPANY, LLC
d/b/a GMAC RESIDENTIAL FUNDING
CORPORATION; RESIDENTIAL
FUNDING COMPANY, LLC f/k/a
RESIDENTIAL FUNDING
CORPORATION; ALLY SECURITIES, LLC
d/b/a GMAC RFC SECURITIES and f/k/a
RESIDENTIAL FUNDING SECURITIES
CORPORATION; RESIDENTIAL ASSET
MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; DEUTSCHE BANK
SECURITIES, INC.; J.P. MORGAN
SECURITIES LLC f/k/a J.P. MORGAN
SECURITIES, INC; BANC OF AMERICA
SECURITIES LLC; BARCLAYS CAPITAL
INC.; MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.; BRUCE J.
PARADIS; KENNETH M. DUNCAN;
DAVEE L. OLSON; RALPH T. FLEES;
LISA R. LUNDSTEN; DAVID C. WALKER;
JAMES G. JONES; DAVID M. BRICKER;
JAMES N. YOUNG, and DIANE WOLD,

Defendants.

12-cv-1381 (ADM/TNL)

**STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND
SETTING CONTINGENT BRIEFING
SCHEDULE**

WHEREAS, on May 14, 2012, defendants Residential Capital LLC, GMAC Mortgage, LLC, GMAC Residential Funding Corporation, Homecomings Financial, LLC, Residential Accredit Loans, Inc., Residential Asset Securities Corporation, Residential Asset Mortgage Products, Inc., Residential Funding Company, LLC (collectively, the "Debtor-Defendants") commenced cases under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 1101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York, with these cases and those of certain affiliates of Debtor-Defendants being jointly administered under the caption *In re Residential Capital, LLC, et al.*, No. 12-12020;

WHEREAS, on June 8, 2012, this action was removed to the United States District Court for the District of Minnesota;

WHEREAS, the non-Debtor Defendants must answer or otherwise respond to Plaintiff's complaint by June 15, 2012, pursuant to Federal Rule of Civil Procedure 81(c);

WHEREAS, Plaintiff has stated that it may file a motion to remand;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, subject to approval by this Court, that:

1.      The time for the non-Debtor Defendants to answer, move or otherwise respond to the Complaint is stayed pending entry of an order by this Court disposing of Plaintiff's forthcoming motion to remand, or until the period within which Plaintiff may file a timely motion to remand expires, or until the date on which the non-

2

Debtor Defendants receive written notice from Plaintiff that Plaintiff will not be filing a motion to remand.

2.      Upon the entry of an order disposing of Plaintiff's forthcoming motion to remand, or upon the date on which Plaintiff's time to file a timely motion to remand expires, or upon the date on which the non-Debtor Defendants receive written notice from Plaintiff that Plaintiff will not be filing a motion to remand, the non-Debtor Defendants shall have sixty (60) days to answer, move, or otherwise respond to the Complaint.

3.      Plaintiff shall have sixty (60) days to oppose any motion to dismiss filed pursuant to paragraph 2.

4.      The non-Debtor Defendants shall have thirty (30) days to reply to any opposition filed pursuant to paragraph 3.

5.      Neither Plaintiff nor the non-Debtor Defendants waive any right to seek from each other or the Court, or to oppose, any further adjournments or extensions of these deadlines or any other deadlines.

6.      Entry into this stipulation shall not waive any right, claim or other defense, including, without limitation, defenses relating to jurisdiction and venue, all of which are expressly preserved.

Dated:  June 14, 2012          LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                               By:     s/ Elizabeth R. Odette
                                       Richard A. Lockridge (No. 64117)
                                       Karen H. Riebel (No. 219770)
                                       Elizabeth R. Odette (No. 340698)
                               100 Washington Avenue South, Suite 2200
                               Minneapolis, Minnesota 55401

                               Telephone:   (612) 339-6900
                               Facsimile:   (612) 339-0981
                               Email:       ralockridge@locklaw.com
                                            khriebel@locklaw.com
                                            erodette@locklaw.com

                               ATTORNEYS FOR PLAINTIFF STICHTING
                               PENSIOENFONDS ABP

Dated: June 14, 2012          OPPENHEIMER WOLFF & DONNELLY LLP


By:     s/ Meghan M. Anzelc
          Michael J. Bleck  (No. 8862)
          Bret A. Puls  (No. 305157)
          Meghan M. Anzelc  (No. 386534)
        222 South Ninth Street, Suite 2000
        Minneapolis, Minnesota  55402-3338

        Telephone:   (612) 607-7000
        Facsimile:   (612) 607-7100
        Email:        MBleck@Oppenheimer.com
                      BPuls@Oppenheimer.com
                      MAnzelc@Oppenheimer.com

        ATTORNEYS FOR DEFENDANTS J.P. MORGAN
        SECURITIES LLC, BANC OF AMERICA SECURITIES
        LLC, AND MERRILL LYNCH, PIERCE, FENNER &
        SMITH INC.

Dated:  June 13, 2012       FREDRIKSON & BYRON, P.A.

By:    s/ Joseph J. Cassioppi
     David R. Marshall  (#184457)
     Leah Janus  (#337365)
     Joseph J. Cassioppi  (#388238)
200 South Sixth Street
Suite 4000
Minneapolis, Minnesota  55402

Telephone:   (612) 492-7000
Facsimile:   (612) 492-7077
Email:       dmarshall@fredlaw.com
           ljanus@fredlaw.com
           jcassioppi@fredlaw.com

ATTORNEYS FOR DEFENDANT BARCLAYS
CAPITAL INC.

Dated:  June 13, 2012       DORSEY & WHITNEY LLP

By:   s/ Andrew Brantingham
     James K. Langdon (#171931)
     Andrew Brantingham (#389952)
Suite 1500 50 South Sixth Street
Minneapolis, MN 55402-1498

Telephone:   (612) 340-2600
Facsimile:   (612) 340-2868
Email:       langdon.james@dorsey.com
           brantingham.andrew@dorsey.com

ATTORNEYS FOR DEFENDANTS BRUCE J.
PARADIS; KENNETH M. DUNCAN; DAVEE L.
OLSON; RALPH T. FLEES; LISA R. LUNDSTEN;
DAVID C. WALKER; JAMES G. JONES; DAVID M.
BRICKER; JAMES N. YOUNG; DIANE WOLD; AND
DEUTSCHE BANK SECURITIES INC.

Dated:  June 14, 2012          KELLY AND HANNAH, P.A.


By:   s/ Sarah E. Bushnell
          Timothy D. Kelly (#54926)
          Sarah E. Bushnell (#0326859)
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

Telephone:    (612) 349-6171
Facsimile:     (612) 349-6416
Email:          tkelly@kellyhannahlaw.com
                   sbushnell@kellyhannahlaw.com

ATTORNEYS FOR ALLY FINANCIAL, INC. AND
ALLY SECURITIES, LLC

2947586  v.1