UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>　　　　　　　Defendants. | 12-cv-1381 (ADM/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on June 14, 2012, I caused the following proposed order:

    Proposed Order Extending Time to Respond to Complaint and Setting Contingent Briefing Schedule

to be filed with the court via email to the following judge who is hearing the motion:

    The Honorable Ann D. Montgomery
    montgomery_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below, to the following:

    James K. Langdon
    langdon.james@dorsey.com

    Andrew Brantingham
    brantingham.andrew@dorsey.com


Dated: June 14, 2012                                    By:    s/ Meghan M. Anzelc