UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP, | File No. 12-cv-1381 (ADM/TNL) |
| Plaintiff, | |
| v. | |
| ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; | **ORDER** |

1

MERRILL LYNCH, PIERCE, FENNER
& SMITH INC.; BRUCE J. PARADIS;
KENNETH M. DUNCAN; DAVEE L.
OLSON; RALPH T. FLEES; LISA R.
LUNDSTEN; DAVID C. WALKER;
JAMES G. JONES; DAVID M.
BRICKER; JAMES N. YOUNG, and
DIANE WOLD,

                    Defendants.

---

This matter is before the Court on the parties' Stipulation and Proposed Order Extending Time to Respond to Complaint and Setting Contingent Briefing Schedule ("Stipulation") (Docket No. 15).

**IT IS HEREBY ORDERED THAT** the parties' Stipulation (Docket No. 15) is **GRANTED IN PART AND DENIED IN PART**:

1. The non-Debtor Defendants shall have until **July 15, 2012**, to answer or otherwise respond to the Complaint.

2. All other requests are denied without prejudice.

Date: June   14  , 2012        *s/ Tony N. Leung*
                                                Tony N. Leung
                                                United States Magistrate Judge
                                                for the District of Minnesota

*Stichting Pensioenfonds ABP v. Ally Financial Inc., et al.*
File No. 12-cv-1381 (ADM/TNL)