UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>                    Plaintiff,<br>     v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>                    Defendants. | 12-cv-1381 (ADM/TNL)<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE** |

WHEREAS, on May 14, 2012, defendants Residential Capital LLC, GMAC Mortgage, LLC, GMAC Residential Funding Corporation, Homecomings Financial, LLC, Residential Accredit Loans, Inc., Residential Asset Securities Corporation, Residential Asset Mortgage Products, Inc., Residential Funding Company, LLC (collectively, the "Debtor-Defendants") commenced cases under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 1101 *et seq.*, in the United States Bankruptcy Court for the Southern District of New York, with these cases and those of certain affiliates of Debtor-Defendants being jointly administered under the caption *In re Residential Capital, LLC, et al.*, No. 12-12020;

WHEREAS, on June 8, 2012, this action was removed to the United States District Court for the District of Minnesota;

WHEREAS, by order dated June 14, 2012 (Doc. 17), the Court extended the time for the non-Debtor Defendants to answer or otherwise respond to the Complaint to July 15, 2012;

WHEREAS, on July 10, 2012, the Bankruptcy Court is scheduled to hear a motion by Debtor Defendants to extend the automatic stay in 11 U.S.C. § 362 to certain of their affiliates, officers, and employees, including certain of the non-Debtor Defendants herein;

WHEREAS, all of the non-Debtor Defendants intend to move to dismiss the Complaint;

WHEREAS, counsel for plaintiff and all non-Debtor Defendants have negotiated a briefing schedule for the non-Debtor Defendants' motions to dismiss to accommodate

certain existing professional and personal commitments of counsel and to allow the Bankruptcy Court time to rule on the motion to extend the automatic stay.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their respective counsel, subject to approval by this Court, that:

1. The non-Debtor Defendants shall respond to the Complaint on or before July 30, 2012;

2. Motions to dismiss the Complaint and supporting papers shall be filed and served on or before July 30, 2012;

2. Plaintiff shall file and serve its opposition papers on or before September 14, 2012; and

3. The non-Debtor Defendants shall file and serve their reply papers on or before October 12, 2012.

| | |
|---|---|
| Dated:  June 28, 2012 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| | |
| | By:   s/ Karen H. Riebel |
| | Richard A. Lockridge (No. 64117) |
| | Karen H. Riebel (No. 219770) |
| | Elizabeth R. Odette (No. 340698) |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, Minnesota 55401 |
| | |
| | Telephone:   (612) 339-6900 |
| | Facsimile:    (612) 339-0981 |
| | Email:          ralockridge@locklaw.com |
| | khriebel@locklaw.com |
| | erodette@locklaw.com |
| | |
| | ATTORNEYS FOR PLAINTIFF STICHTING PENSIOENFONDS ABP |

3

Dated: June 28, 2012    OPPENHEIMER WOLFF & DONNELLY LLP


By:   s/ Meghan M. Anzelc
    Michael J. Bleck  (No. 8862)
    Bret A. Puls  (No. 305157)
    Meghan M. Anzelc  (No. 386534)
222 South Ninth Street, Suite 2000
Minneapolis, Minnesota  55402-3338

Telephone:   (612) 607-7000
Facsimile:   (612) 607-7100
Email:   MBleck@Oppenheimer.com
    BPuls@Oppenheimer.com
    MAnzelc@Oppenheimer.com

ATTORNEYS FOR DEFENDANTS J.P. MORGAN SECURITIES LLC, BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., AND MERRILL LYNCH, PIERCE, FENNER & SMITH INC.

Dated:  June 28, 2012			FREDRIKSON & BYRON, P.A.


					By:	s/ Joseph J. Cassioppi
						David R. Marshall  (#184457)
						Leah Janus  (#337365)
						Joseph J. Cassioppi  (#388238)
					200 South Sixth Street
					Suite 4000
					Minneapolis, Minnesota   55402

					Telephone:	(612) 492-7000
					Facsimile:	(612) 492-7077
					Email:		dmarshall@fredlaw.com
							ljanus@fredlaw.com
							jcassioppi@fredlaw.com

					ATTORNEYS FOR DEFENDANT BARCLAYS
					CAPITAL INC.

Dated:  June 28, 2012			DORSEY & WHITNEY LLP


					By:  s/ Andrew Brantingham
						James K. Langdon (#171931)
						Andrew Brantingham (#389952)
					Suite 1500 50 South Sixth Street
					Minneapolis, MN 55402-1498

					Telephone:	(612) 340-2600
					Facsimile:	(612) 340-2868
					Email:		langdon.james@dorsey.com
							brantingham.andrew@dorsey.com

					ATTORNEYS FOR DEFENDANTS BRUCE J.
					PARADIS; KENNETH M. DUNCAN; DAVEE L.
					OLSON; RALPH T. FLEES; LISA R. LUNDSTEN;
					DAVID C. WALKER; JAMES G. JONES; DAVID M.
					BRICKER; JAMES N. YOUNG; AND DIANE WOLD

Dated: June 28, 2012		KELLY AND HANNAH, P.A.


		By:  s/ Sarah E. Bushnell
			Timothy D. Kelly (#54926)
			Sarah E. Bushnell (#0326859)
		3720 IDS Center
		80 South Eighth Street
		Minneapolis, Minnesota 55402

		Telephone:	(612) 349-6171
		Facsimile:	(612) 349-6416
		Email:		tkelly@kellyhannahlaw.com
				sbushnell@kellyhannahlaw.com

		ATTORNEYS FOR ALLY FINANCIAL, INC. AND
		ALLY SECURITIES, LLC