UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>                        Plaintiff,<br>      v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>                        Defendants. | 12-cv-1381 (ADM/TNL)<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

Pursuant to the Stipulation of Plaintiff and Defendants J.P. Morgan Securities LLC, Banc of America Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., Barclays Capital Inc., Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, David C. Walker, James G. Jones, David M. Bricker, James N. Young, Diane Wold, Deutsche Bank Securities Inc., Ally Financial, Inc., and Ally Securities, LLC ("non-Debtor Defendants") [Docket Entry No. 18], **IT IS HEREBY ORDERED:**

1. The non-Debtor Defendants shall respond to the Complaint on or before **July 30, 2012**;

2. All other requests are denied without prejudice. All dispositive motions shall be filed and served according to the Rules.

Dated: July 2, 2012        *s/ Tony N. Leung*
                           The Honorable Tony N. Leung
                           United States Magistrate Judge
                           *Stichting Pensioenfonds vs. Ally Financial*
                           *12CV1381*