# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:**     12-cv-1381 (ADM/TNL)

**Case Title:**     *Stichting Pensioenfonds ABP v. Ally Financial Inc., et al.*

**Affidavit of Movant**

I, BRET A. PULS, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice MOSES SILVERMAN, an attorney admitted to practice and currently in good standing in the U.S. District Court, Southern District of New York (please identify *one* specific district to which the attorney is admitted) but not admitted to the bar of this court, who will be counsel for the defendant DEUTSCHE BANK SECURITIES, INC., in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒   I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐   I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature:   s/ Bret A. Puls                          Date:  July 17, 2012
             BRET A. PULS
             MN Attorney License # 305157

**Affidavit of Proposed Admittee**

I, MOSES SILVERMAN  am currently a member in good standing of the U.S. District Court for the (please identify *one* specific district to which you are admitted) Southern District of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an

electronic court and that I consent to service required by Fed. R. Civ. P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Signature:      s/ Moses Silverman                              Date:   July 10 2012

Typed Name:  Moses Silverman

Attorney License Number:     1237932 issued by the State of NY (initials)

Law Firm Name:         Paul, Weiss, Rifkind, Wharton & Garrison LLP

Law Firm Address:      1285 Avenue of the Americas
                       New York, NY  10019-6064

Main phone:            (212) 373-3000

Direct line:           (212) 373-3355

E-mail address:        msilverman@paulweiss.com