UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>  Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; | Civil File No. 12-cv-1381 (ADM/TNL)<br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.; BRUCE
J. PARADIS; KENNETH M.
DUNCAN; DAVEE L. OLSON;
RALPH T. FLEES; LISA R.
LUNDSTEN; DAVID C.
WALKER; JAMES G. JONES;
DAVID M. BRICKER; JAMES N.
YOUNG, and DIANE WOLD,

                Defendants.

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 83.7 of the United States District Court for the District of Minnesota, James K. Langdon, Andrew B. Brantingham, Dorsey & Whitney LLP, hereby withdraw as counsel of record for Deutsche Bank Securities Inc. in the above-captioned matter.  Michael J. Bleck, Bret A. Puls, Meghan M. Anzelc, Oppenheimer Wolff & Donnelly LLP, hereby substitute as counsel of record for Deutsche Bank Securities Inc. in this matter.

2

Dated:  July 17, 2012

                              DORSEY & WHITNEY LLP


                              By s/ Andrew B. Brantingham
                                   James K. Langdon (#0171931)
                                   Andrew B. Brantingham (#0389952)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
Email:  langdon.jim@dorsey.com
              brantingham.andrew@dorsey.com

*Attorneys for Defendants Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, David C. Walker, James G. Jones, David M. Bricker, James N. Young, and Diane Wold*

Dated:  July 17, 2012

                      OPPENHEIMER WOLFF & DONNELLY LLP

                      By <u>s/ Meghan M. Anzelc</u>
                          Michael J. Bleck (#8862)
                          Bret A. Puls (#305157)
                          Meghan M. Anzelc (#386534)
                      222 South Ninth Street, Suite 2000
                      Minneapolis, MN  55402-3338

                      Telephone:  (612) 607-7000
                      Facsimile:  (612) 607-7100
                      Email:  mbleck@oppenheimer.com
                            bpuls@oppenheimer.com
                            manzelc@oppenheimer.com

*Attorneys for Defendants J.P. Morgan Securities LLC, Banc of America Securities LLC, Deutsche Bank Securities Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc.*