

July 26, 2012

**VIA CM/ECF**

The Honorable Ann D. Montgomery
District of Minnesota
United States District Court
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Stichting Pensioenfonds ABP v. Ally Financial Inc. et al.*
Court File No. 12-cv-1381 ADM/TNL

Dear Judge Montgomery:

We write on behalf of all of the parties to the above-captioned matter. Defendants have scheduled a hearing on their motions to dismiss on October 26, 2012. During the week of July 16, 2012, the parties agreed to stipulate to a briefing schedule for those motions that was consistent with the version of District of Minnesota Local Rule 7.1 then in effect. Specifically, Defendants agreed to file their motions to dismiss and all supporting materials by July 30, 2012, Plaintiff agreed to file its oppositions by September 14, 2012, and Defendants agreed to file their replies by October 12, 2012.

Following the amendments to the Local Rules on July 23, 2012, we contacted Ms. Simon to inquire whether the parties could continue to file their materials consistent with the above schedule. Ms. Simon gave the parties permission to do so and requested that we file a letter advising the Court of the briefing schedule agreed to by the parties.

Please let us know if we can provide any additional information in connection with this matter.

Very truly yours,

Joseph J. Cassioppi
*Attorney at Law*
**Direct Dial:** 612.492.7414
**Email:** jcassioppi@fredlaw.com

JJC:jcs
cc: All Counsel of Record (via CM/ECF)
5191547_1.DOC

Attorneys & Advisors / Fredrikson & Byron, P.A.
main  612.492.7000 / 200 South Sixth Street, Suite 4000
fax  612.492.7077 / Minneapolis, Minnesota
www.fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES:
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / Monterrey, Mexico / Shanghai