UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>    Plaintiff,<br> v.<br><br>ALLY FINANCIAL INC., f/k/a GMAC, LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-1381 (ADM/TNL)<br><br>**NOTICE OF FIRM NAME CHANGE AND EMAIL ADDRESS CHANGE** |

  The undersigned hereby notifies the Court and counsel that the law firm of Kelly and Hannah, P.A. has changed its name to Timothy D. Kelly, P.A.  The attorneys of record in this matter, Timothy D. Kelly and Sarah E. Bushnell, are now associated with Timothy D. Kelly, P.A., and their email addresses are now:

    tkelly@timkellypa.com
    sbushnell@timkellpa.com

All other contact information is unchanged as reflected in the signature block below.


Dated:  August 1, 2012.    **TIMOTHY D. KELLY, P.A.**


    By:  *s/ Sarah E. Bushnell*
     Timothy D. Kelly (#54926)
     Sarah E. Bushnell (#0326859)
     3720 IDS Center
     80 South Eighth Street
     Minneapolis, Minnesota 55402
     (612) 349-6171
     tkelly@timkellypa.com
     sbushnell@timkellypa.com

    **KIRKLAND & ELLIS LLP**
     Robert J. Kopecky (admitted *Pro Hac Vice*)
     300 North LaSalle
     Chicago, Illinois 60654
     (312) 862-2000
     robert.kopecky@kirkland.com

Jeffrey S. Powell (admitted *Pro Hac Vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000
jeff.powell@kirkland.com

***Attorneys for Defendants Ally Financial Inc. and Ally Securities LLC***