# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D MONTGOMERY
DISTRICT JUDGE

13W U S COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612 664 5090



August 1, 2012

ALL COUNSEL
VIA CM/ECF

### RE: STICHTING PENSIOENFONDS ABP v. ALLY FINANCIAL INC.
### CIVIL CASE NO. 12-1381 ADM/TNL

Dear Counsel:

   The Court has received Defendants' letter requesting permission to exceed the 12,000-word limit in relation to its motions to dismiss.  See Docket Nos. 37, 42, 45.  Ordinarily, requests for extending the word limit of briefings are denied.  Were Defendants merely faced with replying to numerous claims raised in a 137-page Complaint, I would not grant the request for a word-limit extension.  However, in this case the parties' good faith efforts to combine all arguments into a single memorandum in support and a single reply memorandum are helpful.  The effect of the parties' agreement here has been to streamline the legal proceedings, limiting their briefings to two memoranda collectively rather than six memoranda individually.

   Therefore, given that the Plaintiff and Defendants have agreed on extending the word limit by 3,000 words, the combined length of each parties' memoranda may not exceed 15,000 words.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery