# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U S  COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612 664 5090



August 10, 2012

ALL COUNSEL
VIA CM/ECF

### RE: STICHTING PENSIOENFONDS ABP v. ALLY FINANCIAL INC., ET. AL
### CIVIL CASE NO. 12-1381 ADM/TNL

Dear Counsel:

After further discussion with counsel, it is apparent that further guidance is required to clarify this Court's August 1, 2012 Letter [Docket No. 60].  In that Letter, I granted a 3,000-word extension for the parties which had requested it in a July 30, 2012 Letter [Docket No. 57].  To clarify, only the Defendants Deutsche Bank Securities, Inc., J.P. Morgan Securities LLC, Banc of America Securities LLC, Barclays Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc. (the "Underwriter Defendants") and Plaintiff Stichting Pensioenfonds ABP have requested a 3,000-word extension, and as such only Plaintiff and the Underwriter Defendants are entitled to such an extension.  Accordingly, the combined length of either the Underwriter Defendants' or Plaintiff's memoranda may not exceed 15,000 words.  No additional briefing extensions will be issued.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery