# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Adv. Case No. 12-ap-01671 (MG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLSTATE INS. CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**
**WITH RESPECT TO DEBTORS' MOTION TO EXTEND THE**
**AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR INJUNCTIVE RELIEF**

Subject to the approval of the Court, this Stipulation (the "Stipulation") is made and

entered into by, between and among the debtors and debtors in possession in the above-captioned

bankruptcy case (collectively, the "Debtors") and certain defendants to the above-captioned

adversary proceeding listed on Schedule A hereto (the "Stipulating Defendants" and, together

with the Debtors, the "Parties"). The Parties intend this Stipulation to resolve, against the

Stipulating Defendants, the Debtors' motion, filed on May 25, 2012 (the "Motion"), for entry of

an Order pursuant to 11 U.S.C. §§ 362(a)(1) and/or 362(a)(3) and 105(a) extending the automatic

stay imposed by 11 U.S.C. § 362(a) to the continued prosecution of the MBS Actions[1] against

the Non-Debtor Affiliates or, in the alternative, for entry of an order pursuant to 11 U.S.C. §

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

105(a) enjoining and prohibiting the continued prosecution of the MBS Actions against the Non-Debtor Affiliates.

WHEREAS, venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

WHEREAS, notice of the Motion and the opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given.

NOW THEREFORE, the Parties have reached the following agreement:

1.      Each of the Stipulating Defendants agrees that they are stayed and enjoined from and against the continued prosecution, including the pursuit of any discovery, by the Stipulating Defendants of the MBS Actions against the Non-Debtor Affiliates through October 31, 2012 (the "Stay Period"), except as specifically provided in paragraph 2 below, and the Parties agree to extend any deadlines that occur in the MBS Actions brought by the Stipulating Defendants during the Stay Period.

2.      Notwithstanding paragraph 1 above:

a.      In *Fed. Home Loan Bank of Chi. v. Ally Fin. Inc. et al.*, Case No. 10 CH 45033 (Ill. Cir. Ct., Cook Cnty.) and *Fed. Home Loan Bank of Indianapolis v. Ally Fin. Inc. et al.*, No. 49D05 10 10 PL 045071 (Ind. Super. Ct., Marion Cnty.), the Parties do not object to the respective courts issuing orders on the pending motions to dismiss, and the Parties are not stayed or enjoined from filing a motion to reconsider those orders or seeking interlocutory review of those orders. In *Fed. Home Loan Bank of Bos. v. Ally Fin. Inc. et al.*, No. 1:11-cv-10952-GAO (D. Mass.), the Plaintiff may file its amended complaint on or about June 29, 2012, but

the Non-Debtor Affiliates' time to answer, move, or otherwise respond to the amended complaint is stayed until 30 days after the expiration of the Stay Period.

b.  In *Huntington Bancshares Inc. v. Ally Fin. Inc. et al.*, No. 27-CV-11-20276 (Minn. Dist. Ct., Hennepin Cnty.), the Parties do not object to the court hearing oral argument and/or rendering decisions on the pending motions to dismiss, and the Parties are not stayed or enjoined from filing a motion to reconsider those decisions or seeking interlocutory review of those decisions.

c.  In *Stichting Pensioenfonds ABP v. Ally Fin. Inc. et al.*, No. 12-cv-01381-ADM-TNL (D. Minn), the Parties do not object to the court hearing oral argument and/or rendering decisions on the pending motions to dismiss, and the Parties are not stayed or enjoined from filing a motion to reconsider those decisions or seeking interlocutory review of those decisions.  Further, if the plaintiffs in the *Stichting* lawsuit move to remand the lawsuit to state court or ask the federal district court to abstain from exercising jurisdiction over the lawsuit, the Parties do not object to the Non-Debtor Affiliates opposing such motions or participating in any hearing on such motions.

d.  In *Massachusetts Mutual Life Ins. Co. v. Residential Funding Co.*, LLC, 11-cv-30035 (D. Mass), the Parties do not object to the court hearing oral argument and/or rendering decisions on the pending motions to strike certain defenses, and the Parties are not stayed or enjoined from filing a

3

motion to reconsider those decisions or seeking interlocutory review of those decisions.

3.       Subject to entry into an appropriate confidentiality agreement, the Debtors will provide to the Stipulating Defendants copies of any discovery they produce to defendants in the above-captioned adversary proceeding who are not Parties to this Stipulation.

4.       During the Stay Period, all Parties and Non-Debtor Affiliates will preserve documents, data, and tangible things currently in their possession, custody and control that are subject to discovery in the MBS Actions subject to this Stipulation.

5.       The Non-Debtor Affiliates will agree (in a form of agreement reasonably acceptable to the Stipulating Defendants and the Non-Debtor Affiliates) to toll any statute or period of limitations, statutes of repose, or other time-based limitations or defenses which might be asserted as a time bar and/or limitation to any claim that could be asserted against them by the Stipulating Defendants in those MBS Actions during the Stay Period, and the Stipulating Defendants shall forbear bringing any lawsuits against the Non-Debtor Affiliates during the Stay Period.  Nothing in this Stipulation shall operate (or constitute an agreement or a requirement) to revive or extend the time for filing any claim against a Non-Debtor Affiliate in any MBS Action that is now time barred or barred by any applicable statute or period of limitations, statutes of repose or other time-related defense as of the date of this Stipulation.

6.       The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation.

7.       Except as specifically provided for herein, the Parties reserve all rights and defenses they may have in the MBS Actions, the above-captioned adversary proceeding, or the

above-captioned bankruptcy case, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, and all such rights and defenses are expressly preserved.

8.     This Stipulation is without prejudice to any further requests for an Order pursuant to 11 U.S.C. §§ 362(a)(1) and/or 362(a)(3) extending the automatic stay imposed by 11 U.S.C. § 362(a) to the continued prosecution of the MBS Actions against the Non-Debtor Affiliates or, in the alternative, for entry of an order pursuant to 11 U.S.C. § 105(a) enjoining and prohibiting the continued prosecution of the MBS Actions against the Non-Debtor Affiliates, or the right of any party to contest such requests.

9.     The Stipulating Defendants shall have until November 30, 2012 to file an answer or otherwise respond to the complaint filed in this adversary proceeding.

10.     Notwithstanding anything herein to the contrary, this Stipulation shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among AFI, Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

11.     Nothing in this stipulation will alter the rights of any Stipulating Defendant to seek discovery in the Chapter 11 cases.

12.    The Stipulating Defendants reserve the right to challenge the Bankruptcy Court's

jurisdiction in this matter and/or otherwise object to the Bankruptcy Court's ability to enter

judgment in this matter.

Dated: June 29, 2012

Larren M. Nashelsky
Gary S. Lee
Joel C. Haims

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors
in Possession With Respect to All Defendants
Except Federal Home Loan Bank of Boston
and Federal Home Loan Bank of Chicago*

Dated: June ___, 2012

Theresa A. Foudy

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

*Proposed Conflicts Counsel
Proposed Counsel to Debtors and Debtors in
Possession With Respect to Defendants
Federal Home Loan Bank of Boston and
Federal Home Loan Bank of Chicago*

Dated: June ___, 2012                         Dated: June ___, 2012

ny-1046666

12.     The Stipulating Defendants reserve the right to challenge the Bankruptcy Court's

jurisdiction in this matter and/or otherwise object to the Bankruptcy Court's ability to enter

judgment in this matter.

Dated: June ___, 2012

_____
Larren M. Nashelsky
Gary S. Lee
Joel C. Haims

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors
in Possession With Respect to All Defendants
Except Federal Home Loan Bank of Boston
and Federal Home Loan Bank of Chicago*

Dated: June 28, 2012

_____
Theresa A. Foudy

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

*Proposed Conflicts Counsel
Proposed Counsel to Debtors and Debtors in
Possession With Respect to Defendants
Federal Home Loan Bank of Boston and
Federal Home Loan Bank of Chicago*

Dated: June ___, 2012                        Dated: June ___, 2012

6

12. The Stipulating Defendants reserve the right to challenge the Bankruptcy Court's jurisdiction in this matter and/or otherwise object to the Bankruptcy Court's ability to enter judgment in this matter.

Dated: June ___, 2012

_____
Larren M. Nashelsky
Gary S. Lee
Joel C. Haims

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors
in Possession With Respect to All Defendants
Except Federal Home Loan Bank of Boston
and Federal Home Loan Bank of Chicago*

Dated: June ___, 2012

_____
Theresa A. Foudy

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

*Proposed Conflicts Counsel
Proposed Counsel to Debtors and Debtors in
Possession With Respect to Defendants
Federal Home Loan Bank of Boston and
Federal Home Loan Bank of Chicago*

Dated: June 29, 2012                    Dated: June ___, 2012

6

ny-1046666

_Dan Brockett_ (signature)

_____

Daniel L. Brockett

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Allstate Insurance Company;
Allstate Life Insurance Company of New York;
Allstate New Jersey Insurance Company;
Allstate Bank (f/k/a Allstate Federal Savings
Bank); Allstate Retirement Plan; American
Heritage Life Insurance Company; First
Colonial Insurance Company; Kennett
Capital, Inc.*

Dated: June ___, 2012

_____

Amy Williams-Derry

KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: 206-623-1900
Facsimile: 206-623-3384

*Counsel to Federal Home Loan Bank of
Boston, Federal Home Loan Bank of Chicago
and Federal Home Loan Bank of Indianapolis*

Dated: June ___, 2012

_____

Matthew P. Morris

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Counsel to Huntington Bancshares, Inc. and
Stichting Pensioenfonds ABP*

Dated: June ___, 2012

_____

Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Massachusetts Mutual Life
Insurance Co.*

Dated: June ___, 2012

_____

Irena M. Goldstein

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

*Counsel to Assured Guaranty Municipal Corp.*

_____

Howard F. Sidman

JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel to Financial Guaranty Insurance Co.*

7

| | |
|---|---|
| Daniel L. Brocket | Amy Williams-Derry |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100 | KELLER ROHRBACK LLP<br>1201 3rd Avenue, Suite 3200<br>Seattle, Washington 98101-3052<br>Telephone: 206-623-1900<br>Facsimile: 206-623-3384 |

*Counsel to Allstate Insurance Company; Allstate Life Insurance Company of New York; Allstate New Jersey Insurance Company; Allstate Bank (f/k/a Allstate Federal Savings Bank); Allstate Retirement Plan; American Heritage Life Insurance Company; First Colonial Insurance Company; Kennett Capital, Inc.*

*Counsel to Federal Home Loan Bank of Boston, Federal Home Loan Bank of Chicago and Federal Home Loan Bank of Indianapolis*

Dated: June ___, 2012

Dated: June ___, 2012

| | |
|---|---|
| Matthew P. Morris | Philippe Z. Selendy |
| GRANT & EISENHOFER P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>Telephone: 646-722-8500<br>Facsimile: 646-722-8501 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7000<br>Facsimile: 212-849-7100 |

*Counsel to Huntington Bancshares, Inc. and Stichting Pensioenfonds ABP*

*Counsel to Massachusetts Mutual Life Insurance Co.*

Dated: June 28, 2012

Dated: June ___, 2012

| | |
|---|---|
| Irena M. Goldstein | Howard F. Sidman |
| PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>Telephone: 212-969-3000<br>Facsimile: 212-969-2900 | JONES DAY<br>222 East 41st Street<br>New York, NY 10017-6702<br>Telephone: 212-326-3939<br>Facsimile: 212-755-7306 |

*Counsel to Assured Guaranty Municipal Corp.*

*Counsel to Financial Guaranty Insurance Co.*

7

*Colonial Insurance Company; Kennett*
*Capital, Inc.*

Dated: June ___, 2012

_____
Matthew P. Morris

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Counsel to Huntington Bancshares, Inc. and*
*Stichting Pensioenfonds ABP*


Dated: June ___, 2012

_____
Irena M. Goldstein

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

*Counsel to Assured Guaranty Municipal Corp.*

Dated: June ___, 2012

_____
Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Massachusetts Mutual Life*
*Insurance Co.*


Dated: June 28, 2012

*Howard F. Sidman (CEB)*
_____
Howard F. Sidman

JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel to Financial Guaranty Insurance Co.*


New York, New York
Dated: _____, 2012

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

7

Daniel L. Brocket

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Allstate Insurance Company;
Allstate Life Insurance Company of New York;
Allstate New Jersey Insurance Company;
Allstate Bank (f/k/a Allstate Federal Savings
Bank); Allstate Retirement Plan; American
Heritage Life Insurance Company; First
Colonial Insurance Company; Kennett
Capital, Inc.*

Dated: June 28, 2012

M Mor / dae

Matthew P. Morris

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Counsel to Huntington Bancshares, Inc. and
Stichting Pensioenfonds ABP*

Dated: June ___, 2012

Irena M. Goldstein

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

*Counsel to Assured Guaranty Municipal Corp.*

Amy Williams-Derry

KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: 206-623-1900
Facsimile: 206-623-3384

*Counsel to Federal Home Loan Bank of
Boston, Federal Home Loan Bank of Chicago
and Federal Home Loan Bank of Indianapolis*

Dated: June ___, 2012

Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Massachusetts Mutual Life
Insurance Co.*

Dated: June ___, 2012

Howard F. Sidman

JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel to Financial Guaranty Insurance Co.*

7

Daniel L. Brocket

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Allstate Insurance Company;
Allstate Life Insurance Company of New York;
Allstate New Jersey Insurance Company;
Allstate Bank (f/k/a Allstate Federal Savings
Bank); Allstate Retirement Plan; American
Heritage Life Insurance Company; First
Colonial Insurance Company; Kennett
Capital, Inc.*

Dated: June ___, 2012

_____
Matthew P. Morris

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Counsel to Huntington Bancshares, Inc. and
Stichting Pensioenfonds ABP*

Dated: June ___, 2012

_____
Irena M. Goldstein

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

*Counsel to Assured Guaranty Municipal Corp.*

Amy Williams-Derry

KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: 206-623-1900
Facsimile: 206-623-3384

*Counsel to Federal Home Loan Bank of
Boston, Federal Home Loan Bank of Chicago
and Federal Home Loan Bank of Indianapolis*

Dated: June 29, 2012

_____
Philippe Z. Selendy
Jennifer J. Barrett

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Massachusetts Mutual Life
Insurance Co.*

Dated: June ___, 2012

_____
Howard F. Sidman

JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel to Financial Guaranty Insurance Co.*

7

ny-1046666

12.    The Stipulating Defendants reserve the right to challenge the Bankruptcy Court's

jurisdiction in this matter and/or otherwise object to the Bankruptcy Court's ability to enter

judgment in this matter.

Dated: June ___, 2012

_____
Larren M. Nashelsky
Gary S. Lee
Joel C. Haims

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Proposed Counsel to the Debtors and Debtors
in Possession With Respect to All Defendants
Except Federal Home Loan Bank of Boston
and Federal Home Loan Bank of Chicago*

Dated: June ___, 2012

_____
Theresa A. Foudy

CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
Telephone: 212-696-6000
Facsimile: 212-697-1559

*Proposed Conflicts Counsel
Proposed Counsel to Debtors and Debtors in
Possession With Respect to Defendants
Federal Home Loan Bank of Boston and
Federal Home Loan Bank of Chicago*

Dated: June ___, 2012                    Dated: June 29, 2012

6

_____

Daniel L. Brocket

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Allstate Insurance Company;
Allstate Life Insurance Company of New York;
Allstate New Jersey Insurance Company;
Allstate Bank (f/k/a Allstate Federal Savings
Bank); Allstate Retirement Plan; American
Heritage Life Insurance Company; First
Colonial Insurance Company; Kennett
Capital, Inc.*

Dated: June ___, 2012

_____

Matthew P. Morris

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501

*Counsel to Huntington Bancshares, Inc. and
Stichting Pensioenfonds ABP*

Dated: June ___, 2012

_____

Irena M. Goldstein

PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: 212-969-3000
Facsimile: 212-969-2900

*Counsel to Assured Guaranty Municipal Corp.*

_____

Amy Williams-Derry

KELLER ROHRBACK LLP
1201 3rd Avenue, Suite 3200
Seattle, Washington 98101-3052
Telephone: 206-623-1900
Facsimile: 206-623-3384

*Counsel to Federal Home Loan Bank of
Boston, Federal Home Loan Bank of Chicago
and Federal Home Loan Bank of Indianapolis*

Dated: June ___, 2012

_____

Philippe Z. Selendy

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Counsel to Massachusetts Mutual Life
Insurance Co.*

Dated: June ___, 2012

_____

Howard F. Sidman

JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306

*Counsel to Financial Guaranty Insurance Co.*

7

12. The Stipulating Defendants reserve the right to challenge the Bankruptcy Court's jurisdiction in this matter and/or otherwise object to the Bankruptcy Court's ability to enter judgment in this matter.

**IT IS SO ORDERED**

Dated: July 19, 2012
      New York, New York

                                       **/s/Martin Glenn**
                                       MARTIN GLENN
                        United States Bankruptcy Judge

**Schedule A to Stipulation and Order With Respect to Debtors' Motion to
Extend the Automatic Stay or, in the Alternative, for Injunctive Relief**

1. **Allstate Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

2. **Allstate Life Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

3. **Allstate Life Insurance Company of New York** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

4. **Allstate New Jersey Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

5. **Allstate Bank** (f/k/a Allstate Federal Savings Bank) (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

6. **Allstate Retirement Plan** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

7. **American Heritage Life Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

8. **First Colonial Insurance Company** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

9. **Kennett Capital, Inc.** (Plaintiff: *Allstate Ins. Co. et al. v. GMAC Mortg., LLC et al.*, No. 27-CV-11-3480 (Minn. Dist. Ct., Hennepin Cnty.).)

10. **Federal Home Loan Bank of Boston** (Plaintiff: *Fed. Home Loan Bank of Bos. v. Ally Fin. Inc. et al.*, No. 1:11-cv-10952-GAO (D. Mass.).)

11. **Federal Home Loan Bank of Chicago** (Plaintiff: *Fed. Home Loan Bank of Chi. v. Ally Fin. Inc. et al.*, No. 10 CH 45033 (Ill. Cir. Ct., Cook Cnty.).)

12. **Federal Home Loan Bank of Indianapolis** (Plaintiff: *Fed. Home Loan Bank of Indianapolis v. Ally Fin. Inc. et al.*, No. 49D05 10 10 PL 045071 (Ind. Super. Ct., Marion Cnty.).)

13. **Huntington Bancshares Inc.** (Plaintiff: *Huntington Bancshares Inc. v. Ally Fin. Inc. et al.*, No. 27-CV-11-20276 (Minn. Dist. Ct., Hennepin Cnty.).)

14. **Massachusetts Mutual Life Ins. Co.** (Plaintiff: *Mass. Mutual Life Ins. Co. v. Residential Funding Co., LLC et al.*, No. 11-cv-30035-MAP (D. Mass.).)

15. **Stichting Pensioenfonds ABP** (Plaintiff: *Stichting Pensioenfonds ABP v. Ally Fin. Inc. et al.*, No. 27-CV-11-20426 (Minn. Dist. Ct., Hennepin Cnty.).)

16. **Financial Guaranty Insurance Co.** (Plaintiff: *FGIC v. GMAC Mortg., LLC et al.*, No. 11-cv-9729 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00341 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.,* No. 12-cv-00340 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00339 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-00338 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-0780 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1601 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1658 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1818 (S.D.N.Y.); *FGIC v. Ally Fin. Inc. et al.*, No. 12-cv-1860 (S.D.N.Y.).)

17. **Assured Guaranty Municipal Corp.** (Plaintiff: *Assured Guar. Mun. Corp. v. GMAC Mortg., LLC et al.*, No. 12-cv-3776 (S.D.N.Y.).)