UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br>       Plaintiff, | ORDER |
| v. | Civil No. 12-1381 ADM/TNL |
| ALLY FINANCIAL INC., ET. AL.,<br>       Defendants. | |
| JOHN HANCOCK LIFE INSURANCE<br>COMPANY, ET. AL.,<br>       Plaintiffs, | |
| v. | Civil No. 12-1841 SRN/JJG |
| ALLY FINANCIAL INC., ET. AL.,<br>       Defendants. | |

Case No. 12-1381 ADM/TNL having been assigned to Judge Ann D. Montgomery and Magistrate Judge Tony N. Leung, and Case No. 12-1841 SRN/JJG having been later assigned to Judge Susan Richard Nelson and Magistrate Judge Jeanne J. Graham; said matters being related cases;

IT IS HEREBY ORDERED that Case No. 12-1841 SRN/JJG be assigned to Judge Ann D. Montgomery and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card on the Securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated December 1, 2008.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: August 16, 2012                              s/Ann D. Montgomery
                                                                   _____
                                                                   JUDGE ANN D. MONTGOMERY
                                                                   UNITED STATES DISTRICT COURT

Dated: August 16, 2012
                                                                    s/Susan Richard Nelson
                                                                   JUDGE SUSAN RICHARD NELSON
                                                                   UNITED STATES DISTRICT COURT