# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U S  COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612 664 5090



September 14, 2012

ALL COUNSEL
VIA CM/ECF

### RE: STICHTING PENSIOENFONDS ABP v. ALLY FINANCIAL INC., ET. AL
### CIVIL CASE NO. 12-1381 ADM/TNL

Dear Counsel:

I have received Plaintiffs' September 12, 2012 Letter [Docket No. 68] requesting an omnibus brief with a 39,000-word limit.  This request is unopposed by Defendants.  Plaintiffs are permitted to submit an omnibus brief with the same cumulative 39,000-word limit and on the same briefing schedule.  However, the efficiencies of an omnibus brief should result in a lower word count.

Very truly yours,

s/Ann D. Montgomery

Ann D. Montgomery