## CERTIFICATE OF COMPLIANCE

I certify that:

Pursuant to the Court's September 14, 2012 order, the attached brief contains 26,757 words according to the "Word Count" function of Microsoft Word 2010, exclusive of the caption, table of authorities, table of contents, and appendices.

September 14, 2012

                                           */s/ Geoffrey C. Jarvis*
                                           Geoffrey C. Jarvis