# APPENDIX A

| Amended Registration File No. and | Issuing Trust | Prospectus Supplement Date | Depositor | Underwriter(s) | Sponsor/ Seller |
|---|---|---|---|---|---|
| | | | | | |
| 333-125485 (7/7/2005) | RAAC Series 2005-SP2 Trust | 10/11/2005 | RAMP | Merrill Lynch Residential Funding | RFC |
| | | | | | |
| 333-131209 (3/30/2006) | RASC Series 2006-EMX9 Trust | 10/24/2006 | RASC | Residential Funding Barclays | RFC |
| | RASC Series 2006-KS9 Trust | 10/24/2006 | RASC | Barclays | RFC |
| | RASC Series 2007-KS2 Trust | 2/20/2007 | RASC | JPMorgan | RFC |
| | RASC Series 2007-KS3 Trust | 3/26/2007 | RASC | BoA JPMorgan Residential Funding | RFC |
| | | | | | |
| 333-14061 (4/3/2007) | RALI Series 2007-QS7 Trust | 5/31/2007 | RALI | Deutsche Bank Residential Funding | RFC |

91