# APPENDIX B

## DOWNGRADES BELOW INVESTMENT GRADE OF THE CERTIFICATES PURCHASED BY PLAINTIFF

| ABP Certificates | Moody's Rating Downgrade | Date of Downgrade Below Investment Grade |
|---|---|---|
| RASC 2007-QS7 | Aaa→Ba2 | 8/21/2008 |
| RASC 2006-EMX9 | Aaa→B2 | 3/20/2009 |
| RASC 2007-KS2 | Baa2→B1 | 3/20/2009 |
| RASC 2007-KS3 | Aaa→Ba2 | 3/20/2009 |
| RASC 2006-KS9 | Aa2→B2 | 3/20/2009 |
| RAAC 2005-SP2 | Baa1→B3 | 5/4/2009 |