UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>            Plaintiff,<br>   v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>            Defendants. | Case No. 12-cv-1381 ADM/TNL<br><br><br><br><br><br>**LR 7.1(f) CERTIFICATE OF COMPLIANCE FOR REPLY MEMORANDUM OF LAW IN SUPPORT OF THE UNDERWRITER'S MOTION TO DISMISS THE COMPLAINT** |

I, Joseph J. Cassioppi, certify that Defendant Underwriters Deutsche Bank Securities Inc., J.P. Morgan Securities LLC, Banc of America Securities LLC, Barclays Capital Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc.'s ("Underwriters'") Reply Memorandum of Law in Support of the Underwriters' Motion to Dismiss the Complaint complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, in preparation of the memorandum, I used Microsoft Word 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

On August 1, 2012, the Court granted the Underwriters permission to exceed the 12,000 word limit by 3,000 words for a total of 15,000 words.  I certify that the combined length of the Underwriter's Reply Memorandum and their Memorandum in Support of the Underwriters' Motion to Dismiss is 14,998 words.

Respectfully submitted,

DATED:  October 12, 2012    /s/ Joseph J. Casioppi_____
David R. Marshall (#184457)
Leah C. Janus (#337365)
Joseph J. Cassioppi (#388238)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota  55402-1425
Telephone:  (612) 492-7154
Facsimile:  (612) 492-7077
Email:  dmarshall@fredlaw.com
          ljanus@fredlaw.com
          jcassioppi@fredlaw.com

*Admitted Pro Hac Vice*
David H. Braff (N.Y. 1975895)
Jeffrey T. Scott (N.Y. 2890374)
Joshua Fritsch (N.Y. 4443206)
Angelica M. Sinopole (N.Y. 4795100)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-3181
Facsimile:  (212) 558-3588
Email:  braffd@sullcrom.com
          scottj@sullcrom.com
          fritschj@sullcrom.com
          sinopolea@sullcrom.com

**ATTORNEYS   FOR   DEFENDANT BARCLAYS CAPITAL INC.**

5195006\_2.DOC