## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 12-cv-1381 (ADM) (TNL)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Stichting Pensioenfonds ABP ("Plaintiff") hereby moves the Court for leave to amend Plaintiff's original Complaint in the above-captioned action in conformity to Exhibit A of the supporting Declaration of Geoffrey C. Jarvis ("Jarvis Decl."). The reasons justifying such amendment are more fully set forth in the attached memorandum in support, which has been filed contemporaneously herewith. Pursuant to the District of Minnesota's Local Rule 15.1, a redline comparing the proposed amended complaint to the party's original pleading is also attached to the Jarvis Decl. as Exhibit B.

DATED:  October 24, 2012           **GRANT & EISENHOFER P.A.**

/s/ Geoffrey C. Jarvis
Jay W. Eisenhofer
Geoffrey C. Jarvis (*admitted pro hac vice*)
Deborah A. Elman (*admitted pro hac vice*)
David M. Haendler (*admitted pro hac vice*)
Robert D. Gerson (*admitted pro hac vice*)
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel:  (646) 722-8500

Richard A. Lockridge
Karen H. Riebel
Elizabeth R. Odette
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900

*Counsel for Plaintiff Stichting Pensioenfonds ABP*