## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 12-cv-1381 (ADM) (TNL) |

### DECLARATION OF GEOFFREY C. JARVIS IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Deborah A. Elman, Esq.
Robert D. Gerson, Esq.
Telephone: (646) 722-8500

October 24, 2012

*Counsel for Plaintiff Stichting Pensioenfonds ABP*

GEOFFREY C. JARVIS hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a director of Grant & Eisenhofer P.A. ("Grant & Eisenhofer"), counsel for Plaintiff Stichting Pensioenfonds ABP ("Plaintiff"). I submit this Declaration in support of Plaintiff's Memorandum of Law in Support of Motion for Leave to Amend the Complaint. I am familiar with the facts set forth below and able to testify to them.

2. Attached hereto as Exhibit A is a true and correct copy of the proposed amended complaint in this Action.

3. Attached hereto as Exhibit B is a true and correct copy of a redline comparing the proposed amended complaint to the party's original pleading.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 24, 2012

/s/ Geoffrey C. Jarvis
Geoffrey C. Jarvis