## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 12-cv-1381 (ADM) (TNL)<br><br><br>**PLAINTIFF'S LOCAL RULE 7.1(a) CERTIFICATION** |

Pursuant to Local Rule 7.1(a), the undersigned counsel for Plaintiff Stichting Pensioenfonds ABP ("Plaintiff") hereby certifies that counsel for Plaintiff met and conferred with counsel for Ally Financial Inc. f/k/a GMAC LLC; GMAC Mortgage Group LLC; Ally Bank f/k/a GMAC Bank; Ally Securities, LLC f/k/a Residential Funding Securities, LLC f/k/a Residential Funding Securities Corporation; Banc of America Securities LLC; Barclays Capital Inc.; Deutsche Bank Securities Inc.; J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities Inc.; Merrill Lynch, Pierce, Fenner & Smith Inc.; David M. Bricker; Kenneth M. Duncan; Ralph T. Flees; James G. Jones; Lisa R. Lundsten; Davee L. Olson; Bruce J. Paradis; David C. Walker; Diane S. Wold; and James N. Young (collectively the "Represented Defendants") via telephone on October 22, 2012, in a good-faith effort to resolve the issues presented by Plaintiff's Motion for Leave to Amend the Complaint. The parties were unable to agree on the resolution of the Motion.

DATED: October 24, 2012　　**GRANT & EISENHOFER P.A.**

　　　　　　　　　　　　　　　/s/ Geoffrey C. Jarvis
　　　　　　　　　　　　　　Jay W. Eisenhofer
　　　　　　　　　　　　　　Geoffrey C. Jarvis (*admitted pro hac vice*)
　　　　　　　　　　　　　　Deborah A. Elman (*admitted pro hac vice*)
　　　　　　　　　　　　　　David M. Haendler (*admitted pro hac vice*)
　　　　　　　　　　　　　　Robert D. Gerson (*admitted pro hac vice*)
　　　　　　　　　　　　　　485 Lexington Ave., 29th Floor
　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　Tel: (646) 722-8500

　　　　　　　　　　　　　　Richard A. Lockridge
　　　　　　　　　　　　　　Karen H. Riebel
　　　　　　　　　　　　　　Elizabeth R. Odette
　　　　　　　　　　　　　　**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
　　　　　　　　　　　　　　100 Washington Avenue South, Suite 2200
　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　Tel: (612) 339-6900

　　　　　　　　　　　　　　*Counsel for Plaintiff Stichting Pensioenfonds ABP*