UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>          Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>          Defendants. | CERTIFICATE OF SERVICE<br><br>Case No. 12-cv-1381 (ADM) (TNL) |

I hereby certify that on October 24, 2012, I caused the Proposed Order related to Plaintiff's Motion for Leave to Amend the Complaint (Doc. No. 79) to be filed with the court via email to the Honorable Tony N. Leung, U.S. Magistrate Judge, District of Minnesota, at lueng_chambers@mnd.uscourts.gov, and I certify that I caused a copy of the proposed order to be emailed to the following attorneys:

Timothy D. Kelly, Esq.
Sarah E. Bushnell, Esq.
Timothy D. Kelly, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416
tkelly@timkellypa.com
sbushnell@timkellypa.com

James K. Langdon, Esq.
Andrew Brantingham, Esq.
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 492-6623
langdon.jim@dorsey.com
brantingham.andrew@dorsey.com

| | |
|---|---|
| David R. Marshall, Esq.<br>Leah Janus, Esq.<br>Joseph J. Cassioppi, Esq.<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street<br>Suite 4000<br>Minneapolis, MN 55402<br>Telephone: (612) 492-7000<br>Facsimile: (612) 492-7077<br>dmarshall@fredlaw.com<br>ljanus@fredlaw.com<br>jcassioppi@fredlaw.com | Michael J. Bleck, Esq.<br>Bret A. Puls, Esq.<br>Meghan M. Anzelc, Esq.<br>Oppenheimer Wolff & Donnelly LLP<br>222 South Ninth Street<br>Suite 2000<br>Minneapolis, MN 55402<br>Telephone: (612) 607-7000<br>Facsimile: (612) 607-7100<br>mbleck@oppenheimer.com<br>bpuls@oppenheimer.com<br>manzelc@oppenheimer.com |
| Richard H. Klapper<br>Theodore Edelman<br>Anna H. Fee<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>klapperr@sullcrom.com<br>edelmant@sullcrom.com<br>feean@sullcrom.com | Robert J. Kopecky<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>robert.kopecky@kirkland.com |
| Daniel Slifkin<br>J. Wesley Earnhardt<br>Benjamin D. Brutlag<br>Derek Musa<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>dslifkin@cravath.com<br>wearnhardt@cravath.com<br>bbrutlag@cravath.com<br>dmusa@cravath.com | David H. Braff<br>Jeffrey T. Scott<br>Joshua Fritsch<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>braffd@sullcrom.com<br>scottj@sullcrom.com<br>fritschj@sullcrom.com |

| | |
|---|---|
| Meredith Kotler | Moses Silverman |
| Jared Gerber | H. Christopher Boehning |
| Shiwon Choe | Jessica S. Carey |
| Cleary Gottlieb Steen & Hamilton LLP | Paull, Weiss, Rifkind, Wharton & Garrison LLP |
| One Liberty Plaza | 1285 Avenue of the Americas |
| New York, NY 10006 | New York, NY 10019-6064 |
| Telephone: (212) 225-2000 | Telephone: (212) 373-3000 |
| Facsimile: (212) 225-3999 | Facsimile: (212) 257-3990 |
| mkotler@cgsh.com | msilverman@paulweiss.com |
| jgerber@cgsh.com | cboehning@paulweiss.com |
| schoe@cgsh.com | jcarey@paulweiss.com |
| skaufman@cgsh.com | |

DATED:  October 24, 2012            **GRANT & EISENHOFER P.A.**

/s/ Geoffrey C. Jarvis
Jay W. Eisenhofer
Geoffrey C. Jarvis (*admitted pro hac vice*)
Deborah A. Elman (*admitted pro hac vice*)
David M. Haendler (*admitted pro hac vice*)
Robert D. Gerson (*admitted pro hac vice*)
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel:  (646) 722-8500

Richard A. Lockridge
Karen H. Riebel
Elizabeth R. Odette
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900

*Counsel for Plaintiff Stichting Pensioenfonds ABP*