# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC. et al.,<br><br>Defendants. | Case No. 12-cv-1381 (ADM) (TNL)<br><br>**PLAINTIFF'S <u>AMENDED</u> NOTICE OF HEARING ON MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

**PLEASE TAKE NOTICE THAT** on Tuesday, November 13, 2012 at 3:00 p.m.., before the Honorable Tony N. Leung, Magistrate Judge for the District of Minnesota, in Courtroom 3A of the United States Courthouse, 316 N. Robert Street St. Paul, Minnesota, Plaintiff Stichting Pensioenfonds ABP will move the Court, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for leave to amend the Complaint.

DATED:  November 1, 2012        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:  <u>s/  Elizabeth R. Odette          </u>
    Richard A. Lockridge, #64117
    Karen H. Riebel, #219770
    Elizabeth R. Odette, #340698
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900

463287.1

Jay W. Eisenhofer
Geoffrey C. Jarvis (*admitted pro hac vice*)
Deborah A. Elman (*admitted pro hac vice*)
David M. Haendler (*admitted pro hac vice*)
Robert D. Gerson (*admitted pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Ave., 29th Floor
New York, NY 10017
Tel:  (646) 722-8500

*Counsel for Plaintiff Stichting Pensioenfonds ABP*

463287.1

2