## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

STICHTING PENSIOENFONDS ABP,

Plaintiff,

v.

ALLY FINANCIAL INC. f/k/a GMAC, LLC;
GMAC MORTGAGE CORPORATION a/k/a
GMAC MORTGAGE LLC;
HOMECOMINGS FINANCIAL, LLC F/K/A
HOMECOMINGS FINANCIAL NETWORK,
INC.; RESIDENTIAL ACCREDIT LOANS,
INC.; RESIDENTIAL CAPITAL LLC f/k/a
RESIDENTIAL CAPITAL CORPORATION;
GMAC-RFC HOLDING COMPANY, LLC
d/b/a GMAC RESIDENTIAL FUNDING
CORPORATION; RESIDENTIAL
FUNDING COMPANY, LLC f/k/a
RESIDENTIAL FUNDING
CORPORATION; ALLY SECURITIES, LLC
d/b/a GMAC RFC SECURITIES and f/k/a
RESIDENTIAL FUNDING SECURITIES
CORPORATION; RESIDENTIAL ASSET
MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; DEUTSCHE BANK
SECURITIES, INC.; J.P. MORGAN
SECURITIES LLC f/k/a J.P. MORGAN
SECURITIES, INC; BANC OF AMERICA
SECURITIES LLC; BARCLAYS CAPITAL
INC.; MERRILL LYNCH, PIERCE,
FENNER & SMITH INC.; BRUCE J.
PARADIS; KENNETH M. DUNCAN;
DAVEE L. OLSON; RALPH T. FLEES;
LISA R. LUNDSTEN; DAVID C. WALKER;
JAMES G. JONES; DAVID M. BRICKER;
JAMES N. YOUNG, and DIANE WOLD,

Defendants.

12-cv-1381 (ADM/TNL)

**STIPULATION REGARDING
BRIEFING SCHEDULE RELATING
TO PLAINTIFF'S MOTION TO FILE
AN AMENDED COMPLAINT**

WHEREAS, Plaintiff has filed a Motion to File an Amended Complaint (Doc. No. 79);

WHEREAS, due to emergency weather conditions in New York, Plaintiff has agreed that the Defendants may have until November 7, 2012, to file a memorandum in opposition to the Motion;

WHEREAS, upon agreement of the parties, the Court rescheduled the hearing on the Motion from November 7, 2012, to November 13, 2012, at 3:00 p.m.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, subject to approval by this Court, that:

1.     The Defendants have up to and including November 7, 2012, to file a memorandum in opposition to Plaintiff's Motion to File an Amended Complaint (Doc. No. 79).

Dated:  November 5, 2012    By:    <u>s/  Elizabeth R. Odette</u>

Richard A. Lockridge (No. 64117)
Karen H. Riebel (No. 219770)
Elizabeth R. Odette (No. 340698)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
Email:    ralockridge@locklaw.com
        khriebel@locklaw.com
        erodette@locklaw.com

Jay W. Eisenhofer
Geoffrey C. Jarvis (*admitted pro hac vice*)
Deborah A. Elman (*admitted pro hac vice*)
David M. Haendler (*admitted pro hac vice*)
Robert D. Gerson (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Ave., 29th Floor
New York, NY  10017
Tel: (646) 722-8500

**ATTORNEYS FOR PLAINTIFF STICHTING PENSIOENFONDS ABP**

Dated:  November 5, 2012    By:  s/    Joseph J. Cassioppi
David R. Marshall  (#184457)
Leah C. Janus  (#337365)
Joseph J. Cassioppi  (#388238)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, Minnesota   55402
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077
Email:      dmarshall@fredlaw.com
            ljanus@fredlaw.com
            jcassioppi@fredlaw.com

*Admitted Pro Hac Vice*
David H. Braff (N.Y. 1975895)
Jeffrey T. Scott (N.Y. 2890374)
Joshua Fritsch (N.Y. 4443206)
Angelica M. Sinopole (N.Y. 4795100)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3181
Facsimile: (212) 558-3588
Email:      braffd@sullcrom.com
            scottj@sullcrom.com
            fritschj@sullcrom.com
            sinopolea@sullcrom.com

**ATTORNEYS FOR DEFENDANT BARCLAYS
CAPITAL INC.**

Dated: November 5, 2012       By:  s/      Meghan M. Anzelc
                              Michael J. Bleck (No. 8862)
                              Bret A. Puls (No. 305157)
                              Meghan M. Anzelc (No. 386534)
                              222 South Ninth Street
                              Suite 2000
                              Minneapolis, Minnesota 55402-3338
                              Telephone: (612) 607-7000
                              Facsimile: (612) 607-7100
                              Email:    mbleck@Oppenheimer.com
                                        bpuls@Oppenheimer.com
                                        manzelc@Oppenheimer.com

                              *Admitted Pro Hac Vice*
                              Daniel Slifkin (N.Y. 2439768)
                              Michael A. Paskin (N.Y. 2767507)
                              J. Wesley Earnhardt (N.Y. 4331609)
                              Benjamin D. Brutlag (N.Y. 4596698)
                              Derek Musa (N.Y. 4827978)
                              CRAVATH, SWAINE & MOORE LLP
                              Worldwide Plaza
                              825 Eighth Avenue
                              New York, New York 10019-7475
                              Telephone: (212) 474-1000
                              Facsimile: (212) 474-3700
                              Email:    dslifkin@cravath.com
                                        mpaskin@cravath.com
                                        wearnhardt@cravath.com
                                        dmusa@cravath.com
                                        bbrutlag@cravath.com


                              ATTORNEYS FOR DEFENDANT J.P. MORGAN
                              SECURITIES LLC

*Admitted Pro Hac Vice*
Moses Silverman (N.Y. 1237932)
H. Christopher Boehning (N.Y. 2659415)
Jessica S. Carey (N.Y. 4246146)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:    msilverman@paulweiss.com
          cboehning@paulweiss.com
          jcarey@paulweiss.com

ATTORNEYS FOR DEFENDANT DEUTSCHE
BANK SECURITIES INC.

*Admitted Pro Hac Vice*
Meredith E. Kotler (N.Y. 2806297)
Jared Gerber (N.Y. 4647004)
Shiwon Choe (N.Y. 4601076)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email:    mkotler@cgsh.com
          jgerber@cgsh.com
          schoe@cgsh.com

ATTORNEYS FOR DEFENDANTS BANC OF
AMERICA SECURITIES LLC AND MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.

**ATTORNEYS FOR DEFENDANTS J.P. MORGAN
SECURITIES LLC, DEUTSCHE BANK
SECURITIES INC., BANC OF AMERICA
SECURITIES LLC, AND MERRILL LYNCH,
PIERCE, FENNER & SMITH INC.**

Dated:  November 5, 2012     By:  s/     Andrew B. Brantingham
                             James K. Langdon (#0171931)
                             Andrew B. Brantingham (#0389952)
                             DORSEY & WHITNEY LLP
                             Suite 1500, 50 South Sixth Street
                             Minneapolis, MN 55402-1498
                             Telephone: (612) 340-2600
                             Facsimile: (612) 340-2868
                             Email:     langdon.jim@dorsey.com
                                        brantingham.andrew@dorsey.com

                             ***ATTORNEYS FOR DEFENDANTS BRUCE J.
                             PARADIS, KENNETH M. DUNCAN, DAVEE L.
                             OLSON, RALPH T. FLEES, LISA R. LUNDSTEN,
                             DAVID C. WALKER, JAMES G. JONES, DAVID M.
                             BRICKER, JAMES N. YOUNG, AND DIANE WOLD***

Dated:  November 5, 2012

By:  s/     Sarah E. Bushnell
Timothy D. Kelly (#54926)
Sarah E. Bushnell (#0326859)
TIMOTHY D. KELLY, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 349-6171
Facsimile:  (612) 349-6416
Email:     tkelly@timkellypa.com
            sbushnell@timkellypa.com

KIRKLAND & ELLIS LLP

Robert J. Kopecky (*pro hac vice*)
Seth A. Gastwirth (*pro hac vice*)
300 North LaSalle
Chicago, IL  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:     robert.kopecky@kirkland.com
            Seth.gastwirth@kirkland.com

Jeffrey S. Powell (*pro hac vice*)
655 Fifteenth Street N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeff.powell@kirkland.com

**ATTORNEYS FOR ALLY FINANCIAL, INC. AND
ALLY SECURITIES, LLC**

5261531_1.DOC