UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>                Plaintiff,<br>   v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>                Defendants. | 12-cv-1381 (ADM/TNL)<br><br>**CERTIFICATE OF SERVICE OF [PROPOSED] ORDER** |

      I hereby certify that on November 5, 2012, I caused the following proposed order:

## [PROPOSED] ORDER ON THE STIPULATION REGARDING BRIEFING SCHEDULE RELATING TO PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

to be filed with the Court via email to the following judge who is hearing the motion:

    The Honorable Tony N. Leung    leung_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed, as noted below, to the following:

| | |
|---|---|
| Sarah E. Bushnell | sbushnell@timkellypa.com; |
| James K. Langdon | langdon.jim@dorsey.com; |
| Geoffrey C. Jarvis | gjarvis@gelaw.com; |
| Joshua Fritsch | fritschj@sullcrom.com; |
| Elizabeth R. Odette | erodette@locklaw.com; |
| Deborah Elman | delman@gelaw.com; |
| David M. Haendler | dhaendler@gelaw.com; |
| Robert Gerson | rgerson@gelaw.com; |
| Timothy D. Kelly | tkelly@timkellypa.com; |
| Andrew B. Brantingham | brantingham.andrew@dorsey.com; |
| David M. Marshall | dmarshall@fredlaw.com; |
| Michael J. Bleck | mbleck@oppenheimer.com; |
| Bret A. Puls | bpuls@oppenheimer.com; |
| Meghan M. Anzelc | manzelc@oppenheimer.com; |
| Jessica S. Carey | JCarey@paulweiss.com; |
| Michael A. Paskin | MPaskin@cravath.com; |
| J. Wesley Earnhardt | wearnhardt@cravath.com; |
| Benjamin D. Brutlag | bbrutlag@cravath.com; |
| Meredith E. Kotler | mkotler@cgsh.com; |
| Shiwon Choe | schoe@cgsh.com; |
| Angelica M. Sinopole | Sinopolea@sullcrom.com; |
| Robert J. Kopecky | robert.kopecky@kirkland.com; |
| Seth A. Gastwirth | sgastwirth@kirkland.com; |
| Leah J. Janus | ljanus@fredlaw.com; |
| Jared Gerber | jgerber@cgsh.com |

DATED: November 5, 2012        /s/ Joseph J. Cassioppi
        Joseph J. Cassioppi