## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

STICHTING PENSIOENFONDS ABP,

                Plaintiff,

v.

ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,

                Defendants.

12-cv-1381 (ADM/TNL)

**ORDER**

This matter is before the Court on the parties' Stipulation Regarding Briefing Schedule Relating to Plaintiff's Motion to File an Amended Complaint (Doc. No. 86). **IT IS HEREBY ORDERED** that the Defendants shall have up to and including **November 7, 2012**, to file a memorandum in opposition to Plaintiff's Motion to File an Amended Complaint (Doc. No. 79).

Dated: November  6th  , 2012              *s/ Tony N. Leung*
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          for the District of Minnesota

*Stichting Pensioenfonds ABP v. Ally Financial Inc. et al.*
File No. 12-cv-1381