# EXHIBIT A

**Cassioppi, Joseph**

| | |
|---|---|
| **From:** | Geoffrey Jarvis <gjarvis@gelaw.com> |
| **Sent:** | Tuesday, October 16, 2012 11:26 AM |
| **To:** | 'sbushnell@kellyhannahlaw.com'; 'tkelly@kellyhannahlaw.com'; 'Langdon.Jim@dorsey.com'; 'Brantingham.andrew@dorsey.com'; Cassioppi, Joseph; Marshall, David; Janus, Leah; 'MAnzelc@oppenheimer.com'; 'BPuls@oppenheimer.com'; 'Mbleck@oppenheimer.com' |
| **Cc:** | Deborah Elman; Robert Gerson; Riebel, Karen Hanson (khriebel@locklaw.com) |
| **Subject:** | Stichting Pensioenfonds ABP v. Ally Financial, Inc., et al., Case No. 12-cv-01381-ADM-TNL |
| **Attachments:** | Redline comparison - Hancock_Ally Amended Complaint (2).pdf |

Dear Counsel:

We are writing with respect to the hearing on the Motion to Dismiss in the above-captioned matter (the "ABP matter") that is currently scheduled to be held before Judge Montgomery on October 26, 2012. As you all know, yesterday, we filed an Amended Complaint in the related case entitled John Hancock Life Insurance Company, et al. v. Ally Financial, Inc., et al., Case No. 12-cv-01841-ADM-TNL, ECF No. 84 (the "Hancock matter"). Some of you requested a redlined version of the Hancock Amended Complaint, which is attached to this email.

To save judicial resources and due to the legal and factual similarities between the two cases, we plan to amend the Complaint in the ABP matter to conform it with the Amended Complaint filed in the Hancock matter. We feel that this is in the best interest of all parties because this will permit us to able to argue one set of facts based on two similar complaints. We will have that amendment ready next week and will seek your position on that amendment at that time.

Given the above, we propose moving the hearing in the ABP matter to coincide with the January 8, 2013 hearing scheduled in the Hancock matter. We suggest entering into to a single briefing schedule for both the ABP matter and the Hancock matter, assuming the filing of an ABP amended complaint and motion for leave to amend by the end of next week. We are prepared to allow you a reasonable time to redo your motions to dismiss and then we would have an equivalent time to respond. Please let me know if I may represent to the Court that you do not object to moving the ABP hearing from October 26th to January 8, 2013 (or any such other date as the Court may schedule for the Hancock matter). If you do not object, please also let me know your thoughts on an appropriate proposed amended briefing schedule.

**Geoffrey C. Jarvis | Grant & Eisenhofer P.A.**
Director

1

123 S. Justison Street  
Wilmington, DE  19801  
Tel:  302.622.7040  |  Fax: 302.622.7100  |  Cell: 302.220.7400  
Assistant - Justin Chaney: 302.622.7017  
gjarvis@gelaw.com  |  www.gelaw.com

2