# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER

DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1138

DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK

LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

———

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

———

OF COUNSEL

PAUL C. SAUNDERS

November 13, 2012

Stichting Pensioenfonds ABP v. Ally Financial Inc. et al.,
No. 12-cv-1381 ADM/TNL

Dear Judge Montgomery:

      We respectfully submit this joint letter on behalf of plaintiff Stichting Pensioenfonds ABP ("Plaintiff") and defendant J.P. Morgan Securities LLC ("JPMS", and together with Plaintiff, the "Settling Parties") in the above-referenced matter.

      The Settling Parties have reached an agreement in principle to settle all claims pending in this matter against JPMS. The Settling Parties expect that they will shortly agree upon mutually acceptable settlement terms and that, as a condition of settlement, Plaintiff will file pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure a notice with the Court, voluntarily dismissing with prejudice its claims against JPMS.

      In the unlikely event that the Settling Parties are unable to agree on mutually acceptable settlement terms, the Settling Parties will without delay so inform the Court.

        Respectfully submitted,

        _/s/  J. Wesley Earnhardt_____
        *Admitted Pro Hac Vice*
        J. Wesley Earnhardt, Esq.  (N.Y. 4331609)
        CRAVATH, SWAINE & MOORE LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019

        *Counsel for Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.)*


        _/s/  Geoffrey C. Jarvis_____
        *Admitted Pro Hac Vice*
        Geoffrey C. Jarvis, Esq.
        GRANT & EISENHOFER P.A.
        485 Lexington Ave., 29th Floor
        New York, NY 10017

        *Counsel for Plaintiff Stichting Pensioenfonds ABP*

Hon. Ann D. Montgomery
 United States District Court
  District of Minnesota
   13W United States Courthouse
    300 South Fourth Street
     Minneapolis, MN 55415

Hon. Tony N. Leung
 United States District Court
  District of Minnesota
   342 Warren E. Burger Federal Courthouse
    316 N. Robert Street
     St. Paul, MN 55101

VIA ECF AND ELECTRONIC MAIL


Copies to Counsel of Record

VIA ECF