**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| STICHTING PENSIOENFONDS ABP,<br><br>                Plaintiff,<br>    v.<br><br>ALLY FINANCIAL INC. f/k/a GMAC, LLC; GMAC MORTGAGE CORPORATION a/k/a GMAC MORTGAGE LLC; HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL CAPITAL LLC f/k/a RESIDENTIAL CAPITAL CORPORATION; GMAC-RFC HOLDING COMPANY, LLC d/b/a GMAC RESIDENTIAL FUNDING CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC f/k/a RESIDENTIAL FUNDING CORPORATION; ALLY SECURITIES, LLC d/b/a GMAC RFC SECURITIES and f/k/a RESIDENTIAL FUNDING SECURITIES CORPORATION; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; DEUTSCHE BANK SECURITIES, INC.; J.P. MORGAN SECURITIES LLC f/k/a J.P. MORGAN SECURITIES, INC; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BRUCE J. PARADIS; KENNETH M. DUNCAN; DAVEE L. OLSON; RALPH T. FLEES; LISA R. LUNDSTEN; DAVID C. WALKER; JAMES G. JONES; DAVID M. BRICKER; JAMES N. YOUNG, and DIANE WOLD,<br><br>                Defendants. | Case No. 12-cv-1381 (ADM/TNL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT J.P. MORGAN SECURITIES LLC** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities, Inc.) are dismissed with prejudice and without costs, said defendant having neither served an answer to the complaint nor a motion for summary judgment.

Dated:  December 27, 2012                LOCKRIDGE GRINDAL NAUEN P.L.L.P.


By:     s/ Elizabeth R. Odette
        Richard A. Lockridge (No. 64117)
        Karen H. Riebel (No. 219770)
        Elizabeth R. Odette (No. 340698)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
Email:       ralockridge@locklaw.com
             khriebel@locklaw.com
             erodette@locklaw.com

Jay W. Eisenhofer
Geoffrey C. Jarvis (*admitted pro hac vice*)
Deborah A. Elman (*admitted pro hac vice*)
David M. Haendler (*admitted pro hac vice*)
Robert D. Gerson (*admitted pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Ave., 29th Floor
New York, NY  10017
Tel: (646) 722-8500

**ATTORNEYS FOR PLAINTIFF STICHTING PENSIOENFONDS ABP**