UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| STICHTING PENSIOENFONDS ABP, | ) | Case No. 12-cv-1381 (ADM/TNL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS THE** |
| v. | ) | **AMENDED COMPLAINT** |
| | ) | |
| ALLY FINANCIAL INC., f/k/a | ) | |
| GMAC, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendants Ally Financial Inc., Ally Securities LLC, IB Finance Holding Company, LLC, GMAC Mortgage Group, LLC, and Ally Bank hereby move the Court, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims against them in the Amended Complaint for failure to plead fraud with particularity and for failure to state a claim upon which relief can be granted.

This motion is based upon a memorandum of law submitted herewith and all of the files, records, pleadings and arguments of counsel.

Dated: March 11, 2013.          **TIMOTHY D. KELLY, P.A.**


By: *s/ Sarah E. Bushnell*
    Timothy D. Kelly (#54926)
    Sarah E. Bushnell (#326859)
    3720 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402
    (612) 349-6171
    tkelly@timkellypa.com
    sbushnell@timkellypa.com

**KIRKLAND & ELLIS LLP**
  Robert J. Kopecky (admitted *pro hac vice*)
  Seth A. Gastwirth (admitted *pro hac vice*)
  300 North LaSalle Street
  Chicago, Illinois 60654
  (312) 862-2000
  robert.kopecky@kirkland.com
  seth.gastwirth@kirkland.com

  Jeffrey S. Powell (admitted *pro hac vice*)
  655 Fifteenth Street N.W.
  Washington, D.C. 20005-5793
  (202) 879-5000
  jeff.powell@kirkland.com

*Attorneys for Defendants Ally Financial Inc., Ally Securities LLC, IB Finance Holding Company, LLC, GMAC Mortgage Group, LLC, and Ally Bank*