✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Stichting Pensioenfonds ABP
                Plaintiff,

V.

Ally Financial Inc., GMAC Mortgage Corporation, Homecoming Financial, LLC, Residential Accredit Loans, Inc., Residential Capital LLC, GMAC-RFC Holding Company LLC, Residential Funding Company, LLC, Ally Securities, LLC, Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Deutsche Bank Securities, Inc., J.P. Morgan Securities LLC, Banc of America Securities LLC, Barclays Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, David C. Walker, James J. Jones, David M. Bricker, Diane Wold, James N. Young, Ally Bank, IB Finance Holding Company, LLC, GMAC Mortgage Group LLC,

                Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  12-cv-1381 ADM/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

March 5, 2014                                       RICHARD D. SLETTEN, CLERK
Date

                                                                                 s/ Katie Thompson
                                            (By)              Katie Thompson   Deputy Clerk